882

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BOOKER ROBINSON *et al.*, Defendants-Appellants.

(No. 56826; ▮▮▮▮▮▮▮▮▮▮)

First District—January 8, 1973.

Opinion by Mr. JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago, (Michael Weininger, Assistant Public Defender, of counsel,) for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Robin K. Auld, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEE BATES (Impleaded), Defendant-Appellant.

(No. 55845; ▮▮▮▮▮▮▮▮▮▮)

First District—January 11, 1973.

*Rehearing denied February 1, 1973.*